IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : No. 06-719-3 |
| TROY WILEY | : |

**ORDER**

**AND NOW**, this **6th** day of **May**, **2009**, upon consideration of Defendant Troy Wiley's Motion to Suppress Evidence, the Government's response thereto, and for the reasons outlined in this Court's Memorandum dated May 6, 2009[1], it is hereby **ORDERED** that:

1. Wiley's motion (Document No. 155) is **DENIED**.

2. Wiley's Motion for Exculpatory Evidence (Document No. 156) is **GRANTED**.

3. Wiley's Motion for Disclosure of Jenck's and Rule 26.2 Material (Document No. 157) is **GRANTED**.

4. Wiley's Motion for Discovery (Document No. 158) is **GRANTED**.

5. Wiley's Motion for Disclosure of Existence and Substance of Promises of Immunity (Document No. 160) is **GRANTED**.

BY THE COURT:

**Berle M. Schiller, J.**

---

[1] The Court was prepared to hear oral argument on Wiley's motion on April 30, 2009. However, on April 29, 2009, the Court received a letter from Wiley's counsel, Jonathan J. Sobel, that informed the Court that "Troy Wiley has agreed to have his Motion to Suppress decided on the papers without oral argument." Accordingly, the Court did not hear oral argument on Wiley's motion to suppress.